## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

SIR LEANDER E. GAMBLE                    *
                                     *
                                     *
          v.                         *                    Civil No. – JFM-15-2135
                                     *
SHELLPOINT MORTGAGE SERVICING            *
                               ******

## MEMORANDUM

     Sir Leander E. Gamble has brought this *pro* se action alleging that defendant violated "bankruptcy law" by contacting defendant since approximately August 2014 regarding a mortgage loan serviced by defendant.  Defendant has filed a motion to dismiss to which Gamble has responded.  The motion will be granted.

     Plaintiff does not allege that defendant contacted him during the course of the bankruptcy proceedings, plaintiff did not maintain a claim for violation of the automatic stay.  Moreover, plaintiff did not discharge the mortgage loan currently serviced by defendant.  Accordingly, he cannot maintain a claim for violation of the discharge injunction.

     Accordingly, defendant's motion to dismiss will be granted.

Date:   April 18, 2016                    /s/
                             J. Frederick Motz
                             United States District Judge